NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PETER LEYVA, )
)
      Appellant, )
)
v. )    Case No. 2D18-2467
)
HIDDEN ACRES ESTATES, INC. BOARD )
OF DIRECTORS BRENDA WARREN; )
RICHARD GERHART; ROBERT )
LAWRENCE GREGORY BLANKINSHIP; )
JAMES ROWLAND; BARBARA )
GODFREY SAMUEL SCALES; and )
PATRICIA GERHART, )
)
      Appellees. )
_____ )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for
Highlands County; Larry Helms, Judge.

Peter Leyva, pro se.

Henry B. Campbell and Elliott V. Mitchell
of Campbell, Trohn, Tamayo & Aranda,
P.A., Lakeland, for Appellees.


PER CURIAM.

      Affirmed.


SILBERMAN, SALARIO, and ATKINSON, JJ., Concur.